AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
JUL 2 9 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Tri-Corner Investments, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:07 CV 0383 |
| First Defense International Groups, Inc. et al ) | |
| *Defendant* ) | |

'11 MC 0997

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/04/2008.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 7/22/11

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*



FILED

JUL 29 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION OF DAYTON, OHIO

'11 MC 0997

| | | |
|---|---|---|
| TRI-CORNER INVESTMENTS, LLC | : | CASE NO.: 3: 07 CV 0383 |
| Plaintiff, | : | JUDGE: WALTER H. RICE |
| -VS- | : | |
| FIRST DEFENSE INTERNATIONAL GROUP, INC., et al. | : | JUDGMENT ENTRY |
| Defendant. | : | |

UPON the Hearing for Damages on Plaintiff's Default Judgment against Defendants, First Defense International Group, Inc. and Christopher Badsey held in this Court on February 1, 2008 and pursuant to the testimony and evidence presented by the Plaintiff, it is hereby ORDERED that a Judgment is rendered against First Defense International Group, Inc. and Christopher Badsey in the amount of four hundred and seventy-six thousand, three-hundred and twenty three dollars and seventy-two cents ($476,323.72) in compensatory damages and four hundred and seventy-six thousand, three-hundred and twenty three dollars and seventy-two cents ($476,323.72) in punitive damages for a total amount of nine-hundred and fifty-two thousand, six hundred and forty seven dollars and forty-four cents (**$952,647.44**).



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE ON 2-(4)-08
JAMES BONINI, CLERK
BY:
DATE 4/6/11   Deputy Clerk

**SO ORDERED.**

_____
**JUDGE WALTER H. RICE**

**BY:**

_____
**ANTONY A. ABBOUD (0078151)**
**Attorney for Plaintiff**

**Copies mailed to the following parties:**

1) Antony A. Abboud, Skelton, Mcquiston, Gounaris & Henry, 130 W. Second St., Suite 1818, Dayton, Ohio 45402
2) FIRST DEFENSE INTERNATIONAL GROUP, INC. c/o Chris Badsey, 24843 Del Prado #323, Dana Point, CA 92629
3) CHRIS BADSEY 24843 Del Prado #323, Dana Point, CA 92629
4) JACK MALLORY 24843 Del Prado #323, Dana Point, CA 92629
5) STEVE HODGES 24843 Del Prado #323, Dana Point, CA 92629

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS028899
Cashier ID: kdelabar
Transaction Date: 08/01/2011
Payer Name: GARWACKI
--------------------------------
MISCELLANEOUS PAPERS
 For: GARWACKI
 Amount:       $39.00
--------------------------------
CHECK
 Check/Money Order Num: 16380
 Amt Tendered:  $39.00
--------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```